*George H. Colin* and *Benjamin Mosher* for appellant.

*John J. Bennett, Corporation Counsel (Fred Jacobs* and *Joseph F. Mulqueen, Jr.,* of counsel), for respondents.

Appeal dismissed, with costs, upon the ground that no substantial constitutional question is involved. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

DOROTHY HOUSEKNECHT, as Administratrix of the Estate of HARRY D. HOUSEKNECHT, Deceased, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY et al., Appellants.

Argued January 10, 1946; decided March 7, 1946.

*Pierre W. Evans* for appellants.
*Donald W. Kramer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

NORA S. MYERS, as Administratrix of the Estate of LESTER V. MYERS, Deceased, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY et al., Appellants.

Argued January 10, 1946; decided March 7, 1946.